1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOWDEN,<br><br>               Petitioner,<br><br>      vs.<br><br>ROBERT A. HOREL, Warden,<br><br>               Respondent. | Case No. CV 07-725-DSF (OP)<br><br>AMENDED ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered (1) approving and adopting this
2  Amended Report and Recommendation; (2) denying Respondent's Motion to
3  Dismiss as moot; and (3) directing that Judgment be entered denying the Petition and
4  dismissing this action with prejudice.

7  DATED: 3/17/09

    HONORABLE DALE S. FISCHER
    United States District Judge

10 Prepared by:

13 HONORABLE OSWALD PARADA
    United States Magistrate Judge